UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY DYER,<br><br>    Plaintiff,<br><br>v.<br><br>KNOWLEDGE UNIVERSE EDUCATION LLC<br>doing business as<br>KinderCare Learning Centers,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-03426-ELR |

# J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Defendant's Offer of Judgment and Plaintiff's Acceptance of Offer Under Rule 68, and the court having approved said settlement agreement, it is

**Ordered and adjudged** that the plaintiff recover from the defendant, Knowledge Universe Education LLC as to the settlement agreement on counts I, II and III of Complaint.

Dated at Atlanta, Georgia this 7th day of May, 2015.

            JAMES N. HATTEN
            DISTRICT COURT EXECUTIVE and
            CLERK OF COURT

         By: s/*Barbara D. Boyle*
            Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
 May 7, 2015
James N. Hatten
Clerk of Court

By: s/B.D. Boyle
   Deputy Clerk