UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY DYER,<br><br>                   Plaintiff,<br><br>vs.<br><br>KNOWLEDGE UNIVERSE EDUCATION LLC, doing business as KinderCare Learning Centers,<br><br>                  Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-03426-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Plaintiff's Motion for Attorney Fees, and the court having granted said motion, it is

**Ordered and adjudged** that plaintiff recover from Knowledge Universe Education LLC   $51,462.00 as reasonable attorney's fees.

Dated at Atlanta, Georgia this 18th day of June, 2015.

                                                            JAMES N. HATTEN
                                                            CLERK OF COURT and
                                                             DISTRICT COURT EXECUTIVE


                                       By:  s/*Barbara D. Boyle*
                                             Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   June 18, 2015
James N. Hatten
Clerk of Court


By: <u>B.D. Boyle</u>
       Deputy Clerk